UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

BILLY LEE RHOADS,

        Plaintiff,

v.

UNKNOWN KADWELL et al.,

        Defendants.
_____/

Case No. 1:20-cv-1148

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   February 9, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge